Opinion filed April 5, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed April 5, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00067-CR 

                                                    __________

 

                            RAMON CALDERON GARCIA, Appellant

 

                                                             V.

 

                                        STATE
OF TEXAS,
Appellee

 



 

                                         On
Appeal from the 244th District Court

 

                                                           Ector
 County, Texas

 

                                                 Trial
Court Cause No. C-33,037

 



 

                                                                   O
P I N I O N

The jury convicted Ramon Calderon Garcia of
driving while intoxicated as a subsequent offense, found an enhancement
allegation to be true, and sentenced him to confinement for ten years.  Sentence was imposed in open court on
November 2, 2006.  Appellant filed a
notice of appeal on March 20, 2007, 138 days after the date the sentence was
imposed.  On March 22, 2007, appellant filed
a motion to extend time in which to file his notice of appeal.  A motion for new trial was not filed.








Neither the notice of appeal nor the motion for
extension of time were timely filed.  Tex. R. App. P. 26.2, 26.3.  Absent a timely notice of appeal or
compliance with Rule 26.3, this court lacks jurisdiction to entertain an
appeal.  Slaton v. State, 981
S.W.2d 208 (Tex. Crim. App. 1998); Olivo v. State, 918 S.W.2d 519 (Tex.
Crim. App. 1996); Rodarte v. State, 860 S.W.2d 108 (Tex. Crim. App. 1993);
Shute v. State, 744 S.W.2d 96 (Tex. Crim. App. 1988).  Appellant may be able to secure an
out-of-time appeal by filing a postconviction writ pursuant to Tex. Code Crim. Proc. Ann. art. 11.07
(Vernon 2005).

The motion is overruled, and the appeal is dismissed.

 

PER CURIAM

 

April 5, 2007

Do not publish.  See
Tex. R. App. P. 47.2(b).

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J.